UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RoSHIEKA CHARISMA JONES,

    Plaintiff,

v.

THOMPSON TOWERS APARTMENTS,

    Defendant.

Case No. 25-12700
Honorable Laurie J. Michelson

## ORDER STRIKING DOCUMENT [7]

Plaintiff has filed her income tax return containing sensitive social security information. (ECF No. 7.) To the extent she filed the document in support of her pending application to proceed without prepaying fees or costs (ECF No. 5), it is not necessary; the answers Plaintiff provided in that sworn application are sufficient for the Court to determine her *in forma pauperis* eligibility without supporting documentation. The Court thus STRIKES the filing (ECF No. 7). If Plaintiff still wishes to file the document for some other reason, she must first redact the SSNs, IRS Identity Protection PIN, and any other personal identification information in accordance with Federal Rule of Civil Procedure 5.2.

SO ORDERED.

Dated: September 24, 2025

                s/Laurie J. Michelson
                LAURIE J. MICHELSON
                UNITED STATES DISTRICT JUDGE